EAST BATON ROUGE PARISH
Filed Jul 16, 2018 7:08 AM
Deputy Clerk of Court
FAX Received Jul 11, 2018
C-671414
21/D

## 19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

### STATE OF LOUISIANA

NO. _____ DIVISION " "

**MELISSA NORTON AND ON BEHALF OF HER MINOR CHILDREN
BROOKLYN R. NORTON AND BRAELYN R. NORTON
VERSUS
CHRISTOPHER GROSSE, SERVICE TRANSPORT COMPANY AND NATIONAL
INTERSTATE INSURANCE CO.**

FILED: _____    _____
                                                          DEPUTY CLERK

### ORIGINAL PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, **MELISSA NORTON**, a person of the full age of majority and resident of the Parish of East Baton Rouge, State of Louisiana, and on behalf of her minor children, Brooklyn R. Norton and Braelyn R. Norton who reside with her, who respectfully avers unto this Honorable Court that:

1.

Made defendants herein are:

A)   **CHRISTOPHER GROSSE**, a person of the full age of majority and resident of this State;

B)   **SERVICE TRANSPORT COMPANY**, a foreign corporation authorized to do and doing business in the State of Louisiana and in this Parish; and

C)   **NATIONAL INTERSTATE INSURANCE CO.**, a foreign insurance company authorized to do and doing business in the State of Louisiana and in this Parish; (designated as "NATIONAL INTERSTATE" herein).

2.

Jurisdiction and venue are proper as the incident complained of herein occurred in East Baton Rouge Parish. Further, Petitioner resides in East Baton Rouge Parish.

3.

At all times pertinent, NATIONAL INTERSTATE issued a policy of insurance to cover claims made herein by Petitioner and in particular claims covering personal injuries, caused by defendant driver CHRISTOPHER GROSSE and for injuries cause by SERVICE TRANSPORT COMPANY drivers. NATIONAL INTERSTATE provides insurance coverage for SERVICE TRANSPORT COMPANY agents and drivers such as CHRISTOPHER GROSSE.

Certified True and Correct Copy
CertID: 2018071600080

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
7/16/2018 9:50 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

EXHIBIT B

4.

On July 13, 2017, Petitioner, MELISSA NORTON was driving in traffic on Interstate 10 East in this Parish when she and her children, BROOKLYN R. NORTON and BRAELYN R. NORTON, were rear ended by defendant driver, CHRISTOPHER GROSSE, who was driving for SERVICE TRANSPORT COMPANY.

5.

The proximate cause of the collision was the negligence of defendant driver, CHRISTOPHER GROSSE, in the following non-exclusive respects:

A) Failure to keep a proper lookout/inattentive;

B) Following too closely;

C) Careless operation;

D) Failure to maintain control;

E) Aggressive and reckless driving; and

F) Any other acts and or omissions as will be shown at the time of trial, all of which were in contravention of the exercise of due care, prudence, and the laws of Louisiana and East Baton Rouge Parish are specifically pleaded as if and though copied in extenso.

6.

As a result of the negligence of Defendant driver, Petitioner, MELISSA NORTON and her children, BROOKLYN R. NORTON and BRAELYN R. NORTON, suffered personal injuries as result of the collision. In addition, there is some uncompensated property damage to personal items. Amicable demand has been made to no avail.

**WHEREFORE**, Petitioner, MELISSA NORTON, and on behalf of her minor children BROOKLYN R. NORTON and BRAELYN R. NORTON, prays that the Defendants CHRISTOPHER GROSSE, SERVICE TRANSPORT COMPANY and NATIONAL INTERSTATE INSURANCE CO., be duly served with a copy of this Petition and that after due proceedings be had, there be a judgment rendered herein in Petitioner's favor and against Defendants, CHRISTOPHER GROSSE, SERVICE TRANSPORT COMPANY and NATIONAL INTERSTATE INSURANCE CO., in an amount that is reasonable and sufficient to cover all of Petitioner's damages suffered herein, including but not limited to physical injuries, compensation for property damage, loss of use, rental reimbursement, and including interest thereon until paid in full, attorneys' fees and costs, and such other relief as this Honorable Court



**Certified True and Correct Copy**
CertID: 2018071600080

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
7/16/2018 9:50 AM

**EXHIBIT B**

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or Rules of Court.

deems just and proper.

                                        Respectfully Submitted:

                                        */s/ Brandon J. Venegas*

**BRANDON J. VENEGAS, Bar No. 28790**
3900 N. Causeway Blvd, Suite 1200
Metairie, LA 70002
Telephone: 504-841-0014
Facsimile: 504-841-0944
Brandon@venegas-law.com
Attorney for PETITIONER

**PLEASE SERVE:**
**NATIONAL INTERSTATE INSURANCE CO.**
Through Louisiana Secretary of State
8585 Archives Ave
Baton Rouge, LA 70809

**SERVICE TRANSPORT COMPANY**
Through CT CORPORATION SYSTEMS
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**PLEASE HOLD:**
**CHRISTOPHER GROSSE**



Certified True and Correct Copy
CertID: 2018071600080

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
7/16/2018 9:50 AM

**EXHIBIT B**

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or Rec. Rule 3B(a)(3).