UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MELISSA NORTON, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN, BROOKLYN R. NORTON AND BRAELYN R. NORTON | * * * * * | CIVIL ACTION NO. 3:19-00046 <br><br> JUDGE DEGRAVELLES |
| | * | MAGISTRATE BOURGEOIS |
| VERSUS | * * | |
| CHRISTOPHER GROSSE, SERVICE TRANSPORT COMPANY AND NATIONAL INTERSTATE INSURANCE COMPANY | * * * | <br><br>**JURY TRIAL** |
| * * * * * * * * * * * * * * * * | | |

## NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, comes Defendants, **National Interstate Insurance Company**, **Service Transport Company** and **Christopher Grosse**, and notify this Honorable Court Defendants and Plaintiff, **Melissa Norton, individually and on behalf of her minor children, Brooklyn R. Norton and Braelyn R. Norton**, have settled and compromised all claims between them and seek a 60-Day Dismissal order to allow the parties time to finalize the compromise of the claims.

Respectfully submitted,

/s/ *Nathan M. Gaudet*
GUY D. PERRIER, #20323
gperrier@perrierlacoste.com
NATHAN M. GAUDET, #30514
ngaudet@perrierlacoste.com
Perrier & Lacoste, LLC
365 Canal Street, Suite 2550
New Orleans, LA  70130

|  |  |
|---|---|
| Telephone: | (504) 212-8820 |
| Facsimile: | (504) 212-8825 |

## **CERTIFICATE OF SERVICE**

I hereby certify the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, e-mail, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 8th day of August, 2019, at their last known address of record.

/s/ *Nathan M. Gaudet*

NATHAN M. GAUDET